UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

        Plaintiff,                    Case No. 1:24-cv-01029-HYJ-SJB

v.                                    Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above-captioned case was filed in this court on October 1, 2024 . The case has been assigned to Hala Y. Jarbou .

                                                CLERK OF COURT

Dated: October 2, 2024        By:   /s/ J. Morse
                                              Deputy Clerk