UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE
UNIVERSITY BOARD OF
TRUSTEES,

    Defendant.

Case No. 1:24-cv-01029-HYJ-SJB
Hon. Hala Y. Jarbou
Mag. Sally J. Berens

## DEFENDANT MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES' CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Michigan State University Board of Trustees (the "Board") certifies that the Board's Motion to Dismiss complies with W.D. Mich. LCivR 7.2(b), as it totals 2,961 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

Respectfully submitted,

s/ Mark J. Zausmer
MARK J. ZAUSMER (P31721)
MICHAEL A. SCHWARTZ (P74361)
JASON M. SCHNEIDER (P79296)
Attorneys for Defendant
32255 Northwestern Highway, S. 225
Farmington Hills, MI  48334
(248) 851-4111; Fax: (248) 851-0100
mzausmer@zausmer.com
mschwartz@zausmer.com
jschneider@zausmer.com

Dated: December 2, 2024

10128022.1