# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Dianne Byrum
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

January 02, 2025
Date

## PROOF OF SERVICE

This summons for __Dianne Byrum__ was received by me on _____.
(name of individual and title, if any)                                     (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Dennis Denno
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

January 02, 2025
Date

### PROOF OF SERVICE

This summons for _____Dennis Denno_____ was received by me on _____.
(name of individual and title, if any)                                            (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                              (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Renee Knake Jefferson
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

January 02, 2025
Date

---

## PROOF OF SERVICE

This summons for __Renee Knake Jefferson__ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)           (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Dan Kelly
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk                January 02, 2025
                                    Date

---

## PROOF OF SERVICE

This summons for _____Dan Kelly_____ was received by me on _____.
(name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                      (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                _____
                                                Server's signature

Additional information regarding attempted service, etc.:
                                                _____
                                                Server's printed name and title

                                                _____
                                                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Michigan State University Board of Trustees
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

January 02, 2025
Date

## PROOF OF SERVICE

This summons for ___Michigan State University Board of Trustees___ was received by me on _____.
(name of individual and title, if any)    (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)    (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)    (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Sandy Pierce
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk      January 02, 2025
                       Date

## PROOF OF SERVICE

This summons for _____Sandy Pierce_____ was received by me on _____.
(name of individual and title, if any)                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Brianna T. Scott
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk     January 02, 2025 / Date

---

## PROOF OF SERVICE

This summons for _____Brianna T. Scott_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)          (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Kelly Tebay
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

January 02, 2025
Date

---

## PROOF OF SERVICE

This summons for _____Kelly Tebay_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                                              (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                          (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Jack Lipton

v.

Michigan State University Board of Trustees, et al

Case No. 1:24-cv-1029
Hon. Hala Y. Jarbou

TO: Rema Vassar
ADDRESS: Hannah Administration Building
426 Auditorium Road, Room 450
East Lansing, MI 48824

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Abdnour Weiker, LLP (MI)
325 E Grand River Ave., Ste. 250
East Lansing, MI 48823
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk       January 02, 2025
                              Date

---

## PROOF OF SERVICE

This summons for _____Rema Vassar_____ was received by me on _____.
                    (name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address