UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

-v-

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES,
DIANNE BYRUM, DENNIS DENNO,
DAN KELLY, RENEE KNAKE
JEFFERSON, SANDY PIERCE,
BRIANNA T. SCOTT, KELLY TEBAY,
and REMA VASSAR,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Chief Judge: Hala Y. Jarbou
Magistrate Judge: Sally J. Berens

---

**STIPULATED ORDER EXTENDING TIME FOR MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES TO FILE RESPONSIVE PLEADING**

Plaintiff Jack Lipton and Defendant Michigan State University Board of Trustees, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that the deadline for Defendant Michigan State University Board of Trustees to file a responsive pleading to Plaintiff Jack Lipton's Amended Complaint (ECF No. 10) is extended to March 7, 2025.

_____
Hon. Hala Y. Jarbou
United State District Judge

Dated: _____

10179793.1

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

s/ Michael A. Schwartz
Michael A. Schwartz (P74361)
Zausmer, P.C.
Attorneys for Defendant Michigan State
University Board of Trustees

2

10179793.1