UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

-v-

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, *et al.*,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Chief Judge: Hala Y. Jarbou
Magistrate Judge: Sally J. Berens

## STIPULATED ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

Plaintiff Jack Lipton and Defendant Michigan State University Board of Trustees, through their counsel, stipulate to the following order in light of Plaintiff's addition, through his December 23, 2024 Amended Complaint, of several Defendants who have yet to be served in this matter:

IT IS HEREBY ORDERED that the deadline for filing the Joint Status Report required by the Court's Order Regarding Preparation of Joint Status Report (ECF No. 8) is extended from January 6, 2025 to April 7, 2025.

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    Chief United States District Judge

Dated: January 6, 2025

2

Stipulated as to form and content:

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

s/ Michael A. Schwartz
Michael A. Schwartz (P74361)
Zausmer, P.C.
Attorneys for Defendant Michigan State University Board of Trustees