UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK LIPTON,<br><br>      Plaintiff,<br><br>-v-<br><br>MICHIGAN STATE UNIVERSITY<br>BOARD OF TRUSTEES,<br>DIANNE BYRUM, DENNIS DENNO,<br>DAN KELLY, RENEE KNAKE<br>JEFFERSON, SANDY PIERCE,<br>BRIANNA T. SCOTT, KELLY TEBAY,<br>and REMA VASSAR,<br><br>      Defendants. | Case No. 1:24-cv-01029-HYJ-SJB<br>Chief Judge: Hala Y. Jarbou<br>Magistrate Judge: Sally J. Berens |

### STIPULATED ORDER EXTENDING TIME FOR MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES TO FILE RESPONSIVE PLEADING

Plaintiff Jack Lipton and Defendant Michigan State University Board of Trustees, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that the deadline for Defendant Michigan State University Board of Trustees to file a responsive pleading to Plaintiff Jack Lipton's Amended Complaint (ECF No. 10) is extended to March 7, 2025.

                                            /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            Chief United States District Judge

Dated: January 6, 2025

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

s/ Michael A. Schwartz
Michael A. Schwartz (P74361)
Zausmer, P.C.
Attorneys for Defendant Michigan State
University Board of Trustees

2