UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE
UNIVERSITY BOARD OF
TRUSTEES, *et al.*,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Hon. Hala Y. Jarbou
Mag. Sally J. Berens

### DEFENDANT MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES' AND THE MOVING TRUSTEES' CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Michigan State University Board of Trustees and the Moving Trustees—Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna Scott, and Kelly Tebay—certifies that the Brief in Support of their Motion to Dismiss Amended Complaint complies with W.D. Mich. LCivR 7.2(b), as it totals 6,445 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

10128022.1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ZAUSMER, P.C. |
|  | s/ Mark J. Zausmer<br>MARK J. ZAUSMER (P31721)<br>MICHAEL A. SCHWARTZ (P74361)<br>JASON M. SCHNEIDER (P79296)<br>Attorneys for Defendants MSU Board, Byrum, Kelly, Knake Jefferson, Pierce, Scott, and Tebay<br>32255 Northwestern Highway, Ste. 225<br>Farmington Hills, MI  48334<br>(248) 851-4111; Fax: (248) 851-0100<br>mzausmer@zausmer.com<br>mschwartz@zausmer.com |
| Dated: March 6, 2025 | jschneider@zausmer.com |