UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, in her individual and official capacities, DENNIS DENNO, in his individual and official capacities, DAN KELLY, in his individual and official capacities, RENEE KNAKE JEFFERSON, in her individual and official capacities, SANDY PIERCE, in her individual and official capacities, BRIANNA T. SCOTT, in her individual and official capacities, KELLY TEBAY, in her individual and official capacities, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

## DEFENDANT DENNIS DENNO'S CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Dennis Denno ("Mr. Denno"), by and through his respective attorneys, Starr, Butler, & Stoner, PLLC, certifies that his Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) complies with W.D. Mich LCivR 7.2(b), as it totals 9,373 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

{00133423.DOCX}

                                      Respectfully submitted,

                                      STARR, BUTLER, & STONER, PLLC

                                      By:    /s/ Daniel C. Waslawski
                                                    Daniel C. Waslawski (P78037)
                                                    Attorney for Defendant Denno only
                                                    20700 Civic Center Dr., Ste. 290
                                                    Southfield, MI 48076
                                                    (248) 864-4931
Dated: March 7, 2025                       dwaslawski@starrbutler.com

## CERTIFICATE OF SERVICE

The undersigned says that on March 7, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate of Compliance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                                         /s/ Kiersten Plane