UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, DIANNE
BYRUM, in her individual and official
capacities, DENNIS DENNO, in his
individual and official capacities, DAN
KELLY, in his individual and official
capacities, RENEE KNAKE JEFFERSON,
in her individual and official capacities,
SANDY PIERCE, in her individual and
official capacities, BRIANNA T. SCOTT,
in her individual and official capacities,
KELLY TEBAY, in her individual and official
capacities, and REMA VASSAR, in her
individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

## DEFENDANT DENNIS DENNO'S AMENDED STATEMENT REGARDING CONCURRENCE EFFORTS

On March 5, 2025, the undersigned counsel sought concurrence in the requested relief from Plaintiff's counsel via email. The undersigned counsel explained the basis for this motion by way of an email sent to Plaintiff's counsel. The undersigned counsel also proposed a phone call to further discuss the basis for this motion. Plaintiff's counsel denied concurrence, which necessitated this motion.

This amended statement of concurrence is provided because the previous statement of concurrence referenced a phone call on March 5, 2025, which was inaccurate. *See* ECF No. 35, PageID.186. The undersigned counsel apologizes to the Court for this error.

{00133662.DOCX}

          Respectfully submitted,

          STARR, BUTLER, & STONER, PLLC

          By:    /s/ Daniel C. Waslawski
                    Daniel C. Waslawski (P78037)
                    Attorney for Defendant Denno only
                    20700 Civic Center Dr., Ste. 290
                    Southfield, MI  48076
                    (248) 864-4931
                    dwaslawski@starrbutler.com

Dated:  March 12, 2025

### CERTIFICATE OF SERVICE

The undersigned says that on March 12, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Amended Statement Regarding Concurrence Efforts, and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

          /s/ Kiersten Plane