UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, in her individual and official capacities, DENNIS DENNO, in his individual and official capacities, DAN KELLY, in his individual and official capacities, RENEE KNAKE JEFFERSON, in her individual and official capacities, SANDY PIERCE, in her individual and official capacities, BRIANNA T. SCOTT, in her individual and official capacities, KELLY TEBAY, in her individual and official capacities, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

## **DEFENDANT DENNIS DENNO'S JOINDER IN DEFENDANT REMA VASSAR'S MOTION TO DISMISS**

Defendant Dennis Denno ("Mr. Denno"), through his attorneys, Starr, Butler, & Stoner, PLLC, hereby joins in Defendant Rema Vassar's Motion to Dismiss (ECF No. 38).

For the reasons stated in Defendant Vassar's Motion to Dismiss and Supporting Brief, as well as Mr. Denno's own Motion to Dismiss (ECF No. 35), this Court should dismiss Plaintiff's First Amended Complaint with prejudice and award costs, attorney fees, and such other relief as this Court deems just and equitable.

{00133706.DOCX}

        Respectfully submitted,

        STARR, BUTLER, & STONER, PLLC

        By:    /s/ Daniel C. Waslawski
                  Daniel C. Waslawski (P78037)
                  Attorney for Defendant Denno only
                  20700 Civic Center Dr., Ste. 290
                  Southfield, MI  48076
                  (248) 864-4931
                  dwaslawski@starrbutler.com

Dated:  March 13, 2025

**CERTIFICATE OF SERVICE**

The undersigned says that on March 13, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Joinder in Defendant Rema Vassar's Motion to Dismiss and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

        /s/ Kiersten Plane