UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, DENNIS DENNO, DAN KELLY, RENEE KNAKE JEFFERSON, SANDY PIERCE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Chief Judge: Hala Y. Jarbou
Magistrate Judge: Sally J. Berens

**STIPULATED ORDER TO EXTEND TIME FOR PLAINTIFF JACK LIPTON TO FILE RESPONSES TO MOTIONS TO DISMISS AND FOR THE PARTIES TO FILE JOINT STATUS REPORT**

Plaintiff Jack Lipton and Defendants Michigan State University Board of Trustees, Dianne Byrum, Dennis Denno, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna T. Scott, Kelly Tebay, and Rema Vassar, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that the deadline for Plaintiff Jack Lipton to file responses to Defendants Michigan State University Board of Trustees, Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna T. Scott, and Kelly Tebay's Motion to Dismiss (ECF No. 33); Defendant Dennis Denno's Motion to Dismiss (ECF No. 35); and Defendant Rema Vassar's Motion to Dismiss (ECF No. 38), is extended to May 2, 2025.

IT IS HEREBY FURTHER ORDERED that the due date for the Joint Status Report required by the Court's Order Regarding Preparation of Joint Status Report (ECF No. 8), as

previously amended by the Stipulated Order Extending Time to File Joint Status Report (ECF No. 23), is extended from April 7, 2025 to May 9, 2025.

                                                                              _____
Hon. Hala Y. Jarbou
United States District Judge

Dated: _____

Stipulated as to form and content:

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

s/ Michael A. Schwartz
Michael A. Schwartz (P74361)
Zausmer, P.C.
Attorneys for Defendants Michigan State University Board of Trustees, Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna T. Scott, and Kelly Tebay

/s/ Daniel C. Waslawski
Daniel C. Waslawski (P78037)
Starr, Butler, & Stoner, P.C.
Attorneys for Defendant Dennis Denno

/s/ C. Thomas Ludden
C. Thomas Ludden (P45481)
Lipson Neilson P.C.
Attorneys for Defendant Rema Vassar

2