UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

        Plaintiff,                            Case No. 1:24-cv-01029-HYJ-SJB

v.                                           Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Discovery – #43 |
| Date/Time: | May 1, 2025   02:00 PM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | by video |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge

Dated:  April 14, 2025        By:     /s/ Jenny Norton
                                                Courtroom Deputy