**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JACK LIPTON, | Case No. 1:24-cv-01029-HYJ-SJB |
| | Chief Judge: Hala Y. Jarbou |
| Plaintiff, | Magistrate Judge: Sally J. Berens |
| v. | |
| MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, *et al.*, | |
| Defendants. | |

### ORDER TO PERMIT LIMITED DISCOVERY
### PRIOR TO RULE 26(f) CONFERENCE

Pursuant to Plaintiff's Expedited Motion to Permit Discovery Prior to a Rule 26(f) Conference, Plaintiff is permitted to issue the Notice of Subpoena to Miselo "Missy" Chola with a 7-day response deadline from date of service.

IT IS SO ORDERED.


Date: _____                    _____
                                          U.S. DISTRICT COURT JUDGE