UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

        Plaintiff,                        Case No. 1:24-cv-01029-HYJ-SJB

v.                                     Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES, et al.,

        Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):            Motion for Discovery – #47
Date/Time:          April 24, 2025   10:00 AM
Magistrate Judge:   Sally J. Berens
Place/Location:     by video

Briefs in opposition to the motion(s) are due **April 22, 2025**.

                                                U.S. Magistrate Judge

Dated:  April 15, 2025       By:    /s/ Julie Lenon_____
                                           Judicial Assistant