UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, DIANNE
BYRUM, in her individual and official
capacities, DENNIS DENNO, in his
individual and official capacities, DAN
KELLY, in his individual and official
capacities, RENEE KNAKE JEFFERSON,
in her individual and official capacities,
SANDY PIERCE, in her individual and
official capacities, BRIANNA T. SCOTT,
in her individual and official capacities,
KELLY TEBAY, in her individual and official
capacities, and REMA VASSAR, in her
individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

### DEFENDANT DENNIS DENNO'S RESPONSE TO PLAINTIFF'S EXPEDITED MOTION TO PERMIT LIMITED DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE

Defendant Dennis Denno ("Mr. Denno"), through his attorneys, Starr, Butler, & Stoner, PLLC, states as follows for his Response to Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference (ECF No. 47):

Mr. Denno does not object to the relief requested in Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference (ECF No. 47), so long as Plaintiff agrees to voluntarily produce any and all responsive documents and things produced by Ms. Chola.

On April 17, 2025, the undersigned counsel met and conferred with Plaintiff's counsel via telephone regarding Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule

{00135308.DOCX}

26(f) Conference (ECF No. 47). During the conference, Plaintiff's counsel agreed to voluntarily produce any and all responsive documents produced by Ms. Chola without need for a formal discovery request from Mr. Denno's counsel.

Finally, Mr. Denno expressly denies any and all wrongdoing alleged in Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference (ECF No. 47).

        Respectfully submitted,

        STARR, BUTLER, & STONER, PLLC

By:    s/ Daniel C. Waslawski
        Daniel C. Waslawski (P78037)
        Attorney for Defendant Denno only
        20700 Civic Center Dr., Ste. 290
        Southfield, MI 48076
        (248) 864-4931
        dwaslawski@starrbutler.com

Dated: April 22, 2025

**CERTIFICATE OF SERVICE**

The undersigned says that on April 22, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Response to Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(F) Conference and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

        s/ Kiersten Plane