UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE
UNIVERSITY BOARD OF
TRUSTEES, *et al.*

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Hon. Hala Y. Jarbou
Mag. Sally J. Berens

---

**DEFENDANTS MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES' AND CERTAIN INDIVIDUAL TRUSTEES'
<u>RESPONSE TO EXPEDITED MOTION FOR LIMITED DISCOVERY</u>**

Defendants Michigan State University Board of Trustees and certain individual Trustees—Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna Scott, and Kelly Tebay—do not object to Plaintiff Jack Lipton's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference (ECF No. 47).

These Defendants' non-objection extends only to the limited discovery sought in Lipton's Expedited Motion. They do not waive any objections to any other requests for discovery while their motion to dismiss is pending.

10421787.1

                        Respectfully submitted,

                        ZAUSMER, P.C.

                        s/ Mark J. Zausmer
                        MARK J. ZAUSMER (P31721)
                        MICHAEL A. SCHWARTZ (P74361)
                        JASON M. SCHNEIDER (P79296)
                        Attorneys for Defendants MSU Board, Byrum, Kelly, Knake Jefferson, Pierce, Scott, and Tebay
                        32255 Northwestern Highway, Ste. 225
                        Farmington Hills, MI  48334
                        (248) 851-4111; Fax: (248) 851-0100
                        mzausmer@zausmer.com
                        mschwartz@zausmer.com
Dated: April 22, 2025          jschneider@zausmer.com

10421787.1