UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:24-cv-01029-HYJ | 4/24/2025 | 10:03 AM – 10:19 AM | Sally J. Berens |

**CASE CAPTION**

Lipton v. Michigan State University Board of Trustees

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Coriann Gastol<br>Elizabeth Kamm Abdnour | Plaintiff Jack Lipton |
| Michael Aaron Schwartz | Defendant Michigan State University Board of Trustees |
| Mark J. Zausmer | Defendants Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna T. Scott, Kelly Tebay |
| Daniel Curran Waslawski | Defendant Dennis Denno |
| C. Thomas Ludden | Defendant Rema Vassar |

**PROCEEDINGS**

**NATURE OF HEARING:** Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference (ECF No. 47); motion granted.

Defendant Vassar's Motion to Quash Subpoena Duces Tecum Issued to Non-Party Prior to Opening of Discovery (ECF No. 43); dismissed as moot. The hearing set for May 1, 2025, is cancelled.

Order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Norton