UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.                                          Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY BOARD        Case No. 1:24-cv-1029
OF TRUSTEES,

    Defendant.

**ORDER**

This matter is before the Court on Plaintiff's Expedited Motion to Permit Limited Discovery Prior to a Rule 26(f) Conference. (ECF No. 47.) For the reasons stated on the record at the hearing held April 24, 2025, the motion (ECF No. 47) is granted. Plaintiff's counsel may serve the proposed subpoena on non-party Chola with a return date no earlier than May 19, 2025. Plaintiff will provide copies of any produced documents to all other parties. Nothing in this order precludes non-party Chola from moving to quash the subpoena.

Defendant Vassar's Motion to Quash Subpoena Duces Tecum Issued to Non-Party Prior to Opening of Discovery (ECF No. 43) is dismissed as moot. The hearing set for May 1, 2025, is cancelled.

    IT IS SO ORDERED.

Dated: April 24, 2025                                  /s/ Sally J. Berens
                                                          SALLY J. BERENS
                                                          U.S. Magistrate Judge