UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, in her individual and official capacities, DENNIS DENNO, in his individual and official capacities, DAN KELLY, in his individual and official capacities, RENEE KNAKE JEFFERSON, in her individual and official capacities, SANDY PIERCE, in her individual and official capacities, BRIANNA T. SCOTT, in her individual and official capacities, KELLY TEBAY, in her individual and official capacities, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

### DEFENDANT DENNIS DENNO'S NOTICE OF WITHDRAWAL OF JOINDER IN DEFENDANT REMA VASSAR'S MOTION TO DISMISS (ECF NO. 39)

Defendant Dennis Denno ("Mr. Denno"), through his attorneys, Starr, Butler, & Stoner, PLLC, hereby withdraws Mr. Denno's Joinder in Defendant Rema Vassar's Motion to Dismiss (ECF No. 39).

Respectfully submitted,

STARR, BUTLER, & STONER, PLLC

By:   s/ Daniel C. Waslawski
        Daniel C. Waslawski (P78037)
        Attorney for Defendant Denno only
        20700 Civic Center Dr., Ste. 290
        Southfield, MI  48076
        (248) 864-4931
        dwaslawski@starrbutler.com

Dated: May 2, 2025

{00135922.DOCX}

**CERTIFICATE OF SERVICE**

The undersigned says that on May 2, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Notice of Withdrawal of Joinder in Defendant Rema Vassar's Motion to Dismiss (ECF No. 39) and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

s/ Kiersten Plane