UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES, DIANNE BYRUM,
DENNIS DENNO, DAN KELLY, RENEE
KNAKE JEFFERSON, SANDY PIERCE,
BRIANNA T. SCOTT, KELLY TEBAY, and
REMA VASSAR,

    Defendants.

Case No. 24-01029
Hon. Hala Y. Jarbou

---

### STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT DENNIS DENNO TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE TO DEFENDANT DENNO'S MOTION TO DISMISS

Plaintiff Jack Lipton and Defendant Dennis Denno, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that the deadline for Defendant Dennis Denno to file his Reply Brief to Plaintiff's Opposition to Defendants MSU Board and Named Board Members, Defendant Dennis Denno, and Defendant Rema Vassar's Motions to Dismiss (ECF No. 56) shall be extended from May 16, 2025 to May 23, 2025.

Dated: May 15, 2025

/s/ Hala Y. Jarbou
Hon. Hala Y. Jarbou
Chief United States District Judge

Stipulated as to form and content:

s/ Elizabeth K. Abdnour (w/consent)
Elizabeth K. Abdnour (P78203)
Attorneys for Plaintiff

s/ Daniel C. Waslawski
Daniel C. Waslawski (P78037)
Attorneys for Defendant Dennis Denno

{00136310.DOCX}