UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

      Plaintiff,

v.

MICHIGAN STATE
UNIVERSITY BOARD OF
TRUSTEES, *et al.*,

      Defendants.

Case No. 1:24-cv-01029-HYJ-SJB
Hon. Hala Y. Jarbou
Mag. Sally J. Berens

**DEFENDANT MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES' AND THE MOVING TRUSTEES'
<u>CERTIFICATE OF COMPLIANCE</u>**

    The undersigned counsel for Defendant Michigan State University Board of Trustees and the Moving Trustees—Dianne Byrum, Dan Kelly, Renee Knake Jefferson, Sandy Pierce, Brianna Scott, and Kelly Tebay—certifies that the Reply in Support of their Motion to Dismiss Amended Complaint complies with W.D. Mich. LCivR 7.2(b), as it totals 2,225 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

10481398.1

                Respectfully submitted,

                ZAUSMER, P.C.

                s/ Mark J. Zausmer
                MARK J. ZAUSMER (P31721)
                MICHAEL A. SCHWARTZ (P74361)
                JASON M. SCHNEIDER (P79296)
                Attorneys for Defendants MSU Board, Byrum, Kelly, Knake Jefferson, Pierce, Scott, and Tebay
                32255 Northwestern Highway, Ste. 225
                Farmington Hills, MI  48334
                (248) 851-4111; Fax: (248) 851-0100
                mzausmer@zausmer.com
                mschwartz@zausmer.com
Dated: May 16, 2025      jschneider@zausmer.com