UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK LIPTON, | Case No. 1:24-cv-01029-HYJ-SJB |
| | Chief Judge: Hala Y. Jarbou |
| Plaintiff, | Magistrate Judge: Sally J. Berens |
| v. | |
| MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, DENNIS DENNO, DAN KELLY, RENEE KNAKE JEFFERSON, SANDY PIERCE, BRIANNA T. SCOTT, KELLY TEBAY, and REMA VASSAR, | |
| Defendants. | |

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT REMA VASSAR TO FILE REPLY TO RESPONSE TO HER MOTION TO DISMISS (ECF DOC 38)**

Plaintiff Jack Lipton and Defendant Rema Vassar, as evidenced by the signature of their respective counsel below, stipulate to the entry of the following order:

IT IS HEREBY ORDERED that the deadline for Defendant Rema Vassar to file her Reply to the Response by Plaintiff (ECF Doc. 56) to her Motion to Dismiss (ECF Doc. 38) is extended to May 20, 2025.

  /s/ Hala Y. Jarbou\_\_\_\_\_
HALA Y. JARBOU
Chief United States District Judge

Dated: May 22, 2025

2

I stipulate to the entry of this Order,

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

/s/ C. Thomas Ludden
C. Thomas Ludden (P45481)
Lipson Neilson P.C.
Attorneys for Defendant Rema Vassars