UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

               Plaintiff,                            Case No. 24-1029

v.

                                                        Hon. Hala Y. Jarbou

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, DIANNE
BYRUM, in her individual and official
capacities, DENNIS DENNO, in his
individual and official capacities, DAN
KELLY, in his individual and official
capacities, RENEE KNAKE JEFFERSON,
in her individual and official capacities,
SANDY PIERCE, in her individual and
official capacities, BRIANNA T. SCOTT,
in her individual and official capacities,
KELLY TEBAY, in her individual and official
capacities, and REMA VASSAR, in her
individual and official capacities,

               Defendants.

_____

## DEFENDANT DENNIS DENNO'S CERTIFICATE OF COMPLIANCE

      The undersigned counsel for Defendant Dennis Denno certifies that Dennis Denno's

Reply Brief in Support of His Motion to Dismiss Plaintiff's First Amended Complaint Pursuant

to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) complies with W.D. Mich LCivR 7.2(b), as it totals

3,721 words, including headings, footnotes, citations, and quotations, as counted using Microsoft

Word.

                                 Respectfully submitted,

                                 STARR, BUTLER, & STONER, PLLC

                               By:    s/ Daniel C. Waslawski
                                       Daniel C. Waslawski (P78037)
                                       Attorney for Defendant Denno only
                                       20700 Civic Center Dr., Ste. 290
                                       Southfield, MI  48076
                                       (248) 864-4931

Dated:  May 23, 2025                          dwaslawski@starrbutler.com
{00136713.DOCX}

## CERTIFICATE OF SERVICE

The undersigned says that on May 23, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate of Compliance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

s/ Kiersten Plane