UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

    Case No. 1:24-cv-1029

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Hon. Hala Y. Jarbou

    Defendants.
_____/

# **ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that Defendants Michigan State University Board of Trustees ("BOT"), Byrum, Kelly, Jefferson, Pierce, Scott, and Tebay's motion to dismiss (ECF No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims against BOT, Byrum, Kelly, Jefferson, Pierce, Scott, and Tebay are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Denno's motion to dismiss (ECF No. 35) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the official-capacity claim against Denno is **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Vassar's motion to dismiss (ECF No. 38) is **DENIED**.

2

**IT IS FURTHER ORDERED** that BOT's motion to dismiss (ECF No. 6) is **DENIED** as moot.

Lipton's individual and official capacity claims against Vassar, and his individual capacity claim against Denno, remain.

Dated: May 28, 2025                                          /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             CHIEF UNITED STATES DISTRICT JUDGE