UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO, Individually, and
REMA VASSAR, Individually and in
Her Official Capacity,

        Defendants.

Case No. 1:24-cv-1029

Hon. Hala Y. Jarbou

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's May 12, 2025 Case Management Order (ECF No. 60, PageID.409), the parties conferred and selected to use the services of Lee T. Silver (P36905), 300 Ottawa Ave NW, Suite 620, Grand Rapids, Michigan 49503, to mediate this matter.

Dated: June 10, 2025

Respectfully submitted,

*s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff

*s/ C. Thomas Ludden*
C. Thomas Ludden (P45481)
Lipson Neilson P.C.
Attorneys for Defendant Vassar Only

*s/ Daniel C. Waslawski*
Daniel C. Waslawski (P78037)
Starr, Butler & Stoner, PLLC
Attorneys for Defendant Denno only

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour
