UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, DIANNE
BYRUM, in her individual and official
capacities, DENNIS DENNO, in his
individual and official capacities, DAN
KELLY, in his individual and official
capacities, RENEE KNAKE JEFFERSON,
in her individual and official capacities,
SANDY PIERCE, in her individual and
official capacities, BRIANNA T. SCOTT,
in her individual and official capacities,
KELLY TEBAY, in her individual and official
capacities, and REMA VASSAR, in her
individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

## DEFENDANT DENNIS DENNO'S CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Dennis Denno certifies that Dennis Denno's Motion to Correct Order Regarding Motion to Dismiss Pursuant to FRCP 60(a) complies with W.D. Mich LCivR 7.2(b), as it totals 1,726 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

Respectfully submitted,

STARR, BUTLER, & STONER, PLLC

By:    s/ Daniel C. Waslawski
       Daniel C. Waslawski (P78037)
       Attorney for Defendant Denno only
       20700 Civic Center Dr., Ste. 290
       Southfield, MI  48076
       (248) 864-4931
Dated:  June 11, 2025    dwaslawski@starrbutler.com

{00137391.DOCX}

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned says that on June 11, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate of Compliance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.


<u>s/ Kiersten Plane</u>