UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, et al.,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB

Hon. Hala Y. Jarbou
Magistrate Judge Sally J. Berens

## CERTIFICATION UNDER LOCAL RULE 7.1(D)(1)

Pursuant to Local Rule 7.1(d)(1), on June 10, 2025, counsel for Dr. Vassar has explained the basis of Dr. Vassar's Motion to Amend or Correct Order and sought the concurrence of Plaintiff's counsel in the relief requested. This telephone conference took place between undersigned counsel and Coriann Gastol, one of Plaintiff's counsel. Daniel Waslawski, counsel for Defendant Denno also participated in the telephone conversation. Plaintiff's counsel understands the relief requested and is considering whether or not to oppose it. Undersigned counsel has not received an update from Plaintiff's counsel regarding whether he will oppose the motion.

    Respectfully submitted,

    LIPSON NEILSON P.C.

    */s/ C. Thomas Ludden*
    C. Thomas Ludden (P45481)
    Attorneys for Defendant Vassar Only
    3910 Telegraph Road, Suite 200
    Bloomfield Hills, Michigan 48302
    (248) 593-5000
Dated: June 11, 2025    tludden@lipsonneilson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ C. Thomas Ludden