UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO and REMA VASSAR,

        Defendants.

Case No. 24-01029
Hon. Hala Y. Jarbou

## STIPULATED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER TO PLAINIFFF'S FIRST AMENDED COMPLAINT

Plaintiff Jack Lipton, Defendant Dennis Denno, and Defendant Rema Vassar, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that the deadline for Defendant Dennis Denno and Defendant Rema Vassar to file their respective Answers to Plaintiff's First Amended Complaint shall be extended from June 11, 2025 to three weeks from the date on which this Court enters an order on Defendant Dennis Denno's Motion to Correct Order Regarding Motion to Dismiss Pursuant to FRCP 60(a) (ECF No. 74) and Motion by Defendant Rema Vassar to Amend or Correct Order (ECF Doc. 71) Regarding Motions to Dismiss (ECF No. 76).

Dated: _____

                                                                       _____
Hon. Hala Y. Jarbou
United States District Judge

Stipulated as to form and substance:

s/ Elizabeth K. Abdnour (w/consent)
Elizabeth K. Abdnour (P78203)
Attorneys for Plaintiff

s/ Daniel C. Waslawski
Daniel C. Waslawski (P78037)
Attorneys for Defendant Dennis Denno

s/ C. Thomas Ludden (w/consent)
C. Thomas Ludden (P45481)
Attorneys for Defendant Rema Vasssar

{00137376.DOCX}