UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, DIANNE BYRUM, in her individual and official capacities, DENNIS DENNO, in his individual and official capacities, DAN KELLY, in his individual and official capacities, RENEE KNAKE JEFFERSON, in her individual and official capacities, SANDY PIERCE, in her individual and official capacities, BRIANNA T. SCOTT, in her individual and official capacities, KELLY TEBAY, in her individual and official capacities, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

## DEFENDANT DENNIS DENNO'S CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to Local Rule 7.1(d), Defendant Dennis Denno ("Mr. Denno"), by and through his respective attorneys, Starr, Butler, & Stoner, PLLC, made the following efforts to obtain Plaintiff's concurrence prior to filing his Motion to Correct Order Regarding Motion to Dismiss Pursuant to FRCP 60(a) [ECF No. 74]:

On Monday, June 9, 2025, the undersigned counsel sought concurrence in the requested relief from Plaintiff's counsel via phone at approximately 11:30 AM EDT. The undersigned counsel explained the basis for this motion during his phone call with Plaintiff's counsel. Plaintiff's counsel stated that she would discuss the motion with her client and thereafter advise whether

{00137409.DOCX}

Plaintiff would oppose the motion. As of the time this motion was filed, the undersigned counsel has not received an update from Plaintiff's counsel.

                        Respectfully submitted,

                        STARR, BUTLER, & STONER, PLLC

                        By:   /s/ Daniel C. Waslawski
                                  Daniel C. Waslawski (P78037)
                                  Attorney for Defendant Denno only
                                  20700 Civic Center Dr., Ste. 290
                                  Southfield, MI  48076
                                  (248) 864-4931
                                  dwaslawski@starrbutler.com

Dated:  June 11, 2025

**CERTIFICATE OF SERVICE**

The undersigned says that on June 11, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate Regarding Motion Concurrence and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                                  /s/ Kiersten Plane