UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1029

Hon. Hala Y. Jarbou

## **ORDER**

The Court having reviewed Defendants Denno and Vassar's Stipulation to extend time to file answers to Plaintiff's First Amended Complaint (ECF No. 78), and Defendant Denno already having filed his answer (ECF No. 80),

**IT IS ORDERED** that the stipulation (ECF No. 78) is **GRANTED** as to Defendant Vassar and **DENIED as moot** as to Defendant Denno. The deadline for Defendant Vassar to file her answer is extended until **July 3, 2025**.

Dated: June 16, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE