UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES et al.,

    Defendants.

Case No. 1:24-cv-01029-HYJ-SJB

Hon. Hala Y. Jarbou
Magistrate Judge Sally J. Berens

## NOTICE OF APPEAL BY DEFENDANT REMA VASSAR

Defendant Rema Vassar gives notice of her appeal to the United States Court of Appeals for the Sixth Circuit from the Order (ECF No. 71), which was entered on May 28, 2025 and which denied her Motion to Dismiss (ECF No. 38). This order is appealable as of right because Defendant Vassar's Motion sought dismissal based upon her immunity from suit.

    Respectfully submitted,

    LIPSON NEILSON P.C.

    */s/ C. Thomas Ludden*
    C. Thomas Ludden (P45481)
    Attorneys for Defendant Vassar Only
    3910 Telegraph Road, Suite 200
    Bloomfield Hills, Michigan 48302
    (248) 593-5000

Dated: June 20, 2025     tludden@lipsonneilson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ C. Thomas Ludden