### Notice of Appeal to a Sixth Circuit Court of Appeals From an Appealable Order of a District Court

United States District Court for the Western
District of Michigan
Docket Number 24-01029

| | |
|---|---|
| Jack Lipton,<br><br>   Plaintiff,<br><br>v<br><br>Michigan State University Board of Trustees, *et al*;<br><br>   Defendants. | **NOTICE OF APPEAL** |

  Defendant Dennis Denno appeals to the United States Court of Appeals for the Sixth Circuit from the trial court's Opinion and Order Granting in Part and Denying in Part Defendant Denno's Motion to Dismiss Plaintiff's Complaint entered on May 28, 2025 (ECF No. 70 and 71). Specifically, Mr. Denno appeals this Court's denial of qualified immunity in accordance with 28 U.S.C. § 1291 and *Mitchell v. Forsyth*, 472 U.S. 511, 530, 105 S. Ct. 2806, 2817, 86 L. Ed. 2d 411 (1985).

               STARR, BUTLER & STONER, PLLC

               By: s/ Daniel C. Waslawski
                  Attorney for Defendant Dennis Denno
                  20700 Civic Center Dr., Ste. 290
                  Southfield, MI  48076
                  (248) 864-4931
                  dwaslawski@starrbutler.com

Dated:  June 20, 2025

### CERTIFICATE OF SERVICE

The undersigned says that on June 20, 2025, she has caused to be served a copy of **Notice of Appeal and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                 s/ Kiersten Plane

{00137427.DOCX}