## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 23, 2025

Mr. Daniel Curran Waslawski
Starr, Butler & Stoner
20700 Civic Center Drive
Suite 290
Southfield, MI 48076

Re:  Case No. 25-1562, *Jack Lipton v.*
*Michigan State University Board of Trustees, et al*
Originating Case No. 1:24-cv-01029

Dear Counsel,

   This appeal has been docketed as case number **25-1562** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **July 7, 2025**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    Appellee:   Appearance of Counsel
                    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Robin L Baker
                                          Case Manager
                                          Direct Dial No. 513-564-7014

cc:  Ms. Elizabeth Abdnour
      Ms. Coriann Gastol

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-1562

JACK LIPTON

        Plaintiff - Appellee

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, et al.; DIANNE BYRUM

        Defendants

DAN KELLY; RENEE JEFFERSON; SANDY PIERCE; BRIANNA T. SCOTT; KELLY TEBAY; REMA VASSAR

        Defendants

DENNIS DENNO, in his individual and official capacity

        Defendant - Appellant