UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO, in his
individual capacity, and REMA VASSAR, in her
individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

---

## PROOF OF SERVICE

    The undersigned says that on June 26, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Fed. R. Civ. P. 26(a) Initial Disclosures** via email upon all attorneys of record.

                                s/ Kiersten Plane
                                Kiersten Plane

{00137974.DOCX}