## **INDEX OF EXHIBITS**

Exhibit 1    Subpoenas Issued by Plaintiff on Non-Parties

Exhibit 2    Proposed Order

Case 1:24-cv-01029-HYJ-SJB    ECF No. 88-1,  PageID.624    Filed 06/27/25    Page 1 of 1