# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO, in his individual capacity, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

## STIPULATED ORDER STAYING PROCEEDINGS PENDING APPEAL

Plaintiff Jack Lipton, Defendant Dennis Denno, and Defendant Rema Vassar, through their counsel, stipulate to the following order:

IT IS HEREBY ORDERED that—with the exception of this Court's jurisdiction over a subpoena issued by Plaintiff on non-party Missy Chola and a subpoena issued by Plaintiff on non-party Michigan State University Board of Trustees—the proceedings in this matter shall be stayed pending the outcome of Mr. Denno's interlocutory appeal by right (ECF No. 84) and Dr. Vassar's interlocutory appeal by right (ECF No. 83) with the Sixth Circuit Court of Appeals from this Court's denial of qualified immunity in accordance with 28 U.S.C. § 1291 and *Mitchell v. Forsyth*, 472 U.S. 511, 530, 105 S. Ct. 2806, 2817, 86 L. Ed. 2d 411 (1985).

Dated: _____

                                                                   Hon. Hala Y. Jarbou
                                                                   United States District Judge

Stipulated as to form and substance:

s/ Elizabeth K. Abdnour (w/consent)
Elizabeth K. Abdnour (P78203)
Attorneys for Plaintiff

s/ Daniel C. Waslawski
Daniel C. Waslawski (P78037)
Attorneys for Defendant Dennis Denno

s/ C. Thomas Ludden (w/consent)
C. Thomas Ludden (P45481)
Attorneys for Defendant Rema Vasssar

{00137973.DOCX}