UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO, in his individual capacity, and REMA VASSAR, in her individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

## DEFENDANT DENNIS DENNO'S CERTIFICATE OF COMPLIANCE

The undersigned counsel for Defendant Dennis Denno certifies that Dennis Denno's Brief in support of his Motion to Stay Proceedings Pending Appeal complies with W.D. Mich LCivR 7.3(b)(i), as it totals 3,924 words, including headings, footnotes, citations, and quotations, as counted using Microsoft Word.

Respectfully submitted,

STARR, BUTLER, & STONER, PLLC

By:   s/ Daniel C. Waslawski
       Daniel C. Waslawski (P78037)
       Attorney for Defendant Denno only
       20700 Civic Center Dr., Ste. 290
       Southfield, MI 48076
       (248) 864-4931
Dated: June 27, 2025   dwaslawski@starrbutler.com

## CERTIFICATE OF SERVICE

The undersigned says that on June 27, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate of Compliance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                      s/ Kiersten Plane

{00137391.DOCX}