UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JACK LIPTON,

        Plaintiff,

v.

DENNIS DENNO, in his individual
capacity, and REMA VASSAR, in her
individual and official capacities,

        Defendants.

Case No. 24-1029

Hon. Hala Y. Jarbou

### DEFENDANT DENNIS DENNO'S CERTIFICATE REGARDING MOTION CONCURRENCE FOR DEFENDANT DENNIS DENNO'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING APPEAL

Pursuant to Local Rule 7.1(d), Defendant Dennis Denno ("Mr. Denno"), by and through his respective attorneys, Starr, Butler, & Stoner, PLLC, made the following efforts to obtain Plaintiff's concurrence prior to filing his Motion to Stay Proceedings Pending Appeal (ECF No. 84)

On Tuesday, June 10, 2025, the undersigned counsel initially sought concurrence in the requested relief from Plaintiff's counsel, Coriann Gastol, via phone at approximately 1:30 PM. During the call, the undersigned counsel explained the basis for this motion. Thereafter, the undersigned counsel engaged in several follow-up phone calls with Plaintiff's attorneys and similarly exchanged numerous emails. Most recently, the undersigned counsel communicated with Liz Abdnour, lead counsel for Plaintiff, via phone on Monday, June 23, 2025 and via email on June 24, 2025. On June 24-25, 2025, Plaintiff's counsel provided written confirmation that she does not oppose the stay, so long as the Court retains jurisdiction to address and enforce two subpoenas seeking documents and information from an entity and person who are not parties to

{00137769.DOCX}

this lawsuit. As detailed in Mr. Denno's brief, Mr. Denno and Dr. Vassar accepted these conditions. Thus, Plaintiff does not oppose Mr. Denno's motion.

                    Respectfully submitted,

                    STARR, BUTLER, & STONER, PLLC

                    By:    s/ Daniel C. Waslawski
                            Daniel C. Waslawski (P78037)
                            Attorney for Defendant Denno only
                            20700 Civic Center Dr., Ste. 290
                            Southfield, MI  48076
                            (248) 864-4931
                            dwaslawski@starrbutler.com

Dated:  June 27, 2025

**CERTIFICATE OF SERVICE**

The undersigned says that on June 27, 2025, she has caused to be served a copy of **Defendant Dennis Denno's Certificate Regarding Motion Concurrence and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                          s/ Kiersten Plane