UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1029

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Defendant Dennis Denno's Unopposed Motion to Stay Proceedings Pending Appeal (ECF No. 88) and the Unopposed Motion by Defendant Rema Vassar for Stay Pending Resolution of Pending Appeals and Concurrence in Unopposed Motion by Defendant Dennis Denno to Stay Proceedings (ECF No. 92),

**IT IS ORDERED** that Defendant Denno's and Vassar's motions (ECF Nos. 88, 92) are **GRANTED IN PART** and the proceedings in this matter shall be **STAYED** pending the outcome of Mr. Denno's interlocutory appeal by right (ECF No. 84) and Dr. Vassar's interlocutory appeal by right (ECF No. 83) with the Sixth Circuit Court of Appeals.

Dated: July 11, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE