REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:24-cv-01029 | Jack Lipton v. Dennis Denno, et. al. | 11/11/2025 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Jack Lipton | Plaintiff |
| Dennis Deno | Defendant |
| Rema Vassar | Defendant |
| | |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Elizabeth Abdnour | Plaintiff |
| Nicole Cote | Plaintiff |
| Daniel Waslawski | Defendant |
| C. Thomas Ludden | Defendant |
| | |
| | |
| | |
| | |

Result:
[✓] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
[ ] Mediation continuing - Date of Next Session _____
[ ] Not settled - Mediation Completed

Dated: November 12, 2025                By:  /s/ Lee T. Silver
                                             Lee T. Silver
                                             Mediator