UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1029

Hon. Hala Y. Jarbou

## ORDER

On July 11, 2025, this matter was stayed pending the outcome of Mr. Denno's interlocutory appeal by right (ECF No. 84) and Dr. Vassar's interlocutory appeal by right (ECF No. 83) with the Sixth Circuit Court of Appeals. (ECF No. 94.) On November 12, 2025, a report of facilitative mediation was filed, indicating the parties' agreement to settle this matter. (ECF No. 95.)

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **December 12, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Dated: November 13, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE