UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,                                            Case No. 1:24-cv-1029

    Plaintiff,                                            Hon. Hala Y. Jarbou

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.

### STIPULATION AND ORDER TO EXTEND TIME TO FINALIZE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to file dismissal papers in the above captioned case is extended from December 12, 2025, to January 16, 2026.

The Parties respectfully request this additional time as they are still finalizing the formal written agreement and will need time to obtain signatures and complete the settlement steps prior to filing dismissal papers. No Party will be prejudiced by extending the deadline in this matter.

**IT IS SO STIPULATED** on December 12, 2025.

*s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff


*s/ Zachary Jugan with permission*
Zachary Jugan (P80944)
Starr Butler PC
Attorneys for Defendant Dennis Denno

*s/ C. Thomas Ludden with permission*
C. Thomas Ludden (P45481)
Neilson Law Group
Attorneys for Defendant Rema Vassar

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                           Hala Y. Jarbou
                                                                           U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 12, 2025, I filed this Notice by use of this Court's ECF system, which will serve copies to the Clerk of Courts and all counsel of record.

*s/ Elizabeth K. Abdnour*