# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACK LIPTON, 

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    Defendants.

Case No. 1:24-cv-1029

Hon. Hala Y. Jarbou

## STIPULATION AND ORDER TO EXTEND
## TIME TO FINALIZE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to file dismissal papers in the above captioned case is extended from December 12, 2025, to January 16, 2026.

The Parties respectfully request this additional time as they are still finalizing the formal written agreement and will need time to obtain signatures and complete the settlement steps prior to filing dismissal papers. No Party will be prejudiced by extending the deadline in this matter.

**IT IS SO STIPULATED** on December 12, 2025.


*s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorneys for Plaintiff


*s/ Zachary Jugan with permission*
Zachary Jugan (P80944)
Starr Butler PC
Attorneys for Defendant Dennis Denno

*s/ C. Thomas Ludden with permission*
C. Thomas Ludden (P45481)
Neilson Law Group
Attorneys for Defendant Rema Vassar

**IT IS SO ORDERED.** All dates remain as currently scheduled.

Dated:   December 12, 2025               /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         Chief United States District Judge