UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LIPTON,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES, *et al.*,

    Defendants.

Case No. 24-1029
Hon. Hala Y. Jarbou
Magistrate Judge Sally J. Berens

| | |
|---|---|
| ABDNOUR WEIKER LLP<br>Elizabeth Kamm Abdnour (P78203)<br>Coriann Gastol (P74904)<br>Attorneys for Plaintiff<br>0325 E. Grand River Ave., Ste. 250<br>East Lansing, MI 48823<br>(517) 292-0067<br>liz@education-rights.com | STARR BUTLER PLLC<br>Zachary S. Jugan (P80944)<br>Attorneys for Dennis Denno<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>zjugan@starrbutler.com<br><br>NEILSON GROUP PC<br>C. Thomas Ludden (P45481)<br>Attorneys for Rema Vassar<br>41000 Woodward Ave., Ste. 200 East<br>Bloomfield Hills, MI 48304<br>(248) 593-5000<br>tludden@neilsonlawgroup.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Jack Lipton and Defendants Dennis Denno and Rema Vassar, through their undersigned counsel, that this civil action, including any and all claims alleged by Plaintiff, or which could have been alleged by Plaintiff, shall be dismissed with prejudice, and without any costs, attorney fees, and/or interest awarded to any party. Contemporaneously with the filing of this stipulated order the Parties shall file stipulated dismissal orders in the Sixth Circuit Court of Appeals as to all interlocutory appeals originating from the above-captioned suit.

The Court having been advised that the parties have agreed to entry of this Order dismissing all remaining claims against all remaining defendants in this civil action with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS SO ORDERED.**

This is a final order and resolves all pending claims against all remaining defendants with prejudice and closes the case.

Dated: _____  _____

Hon. Hala Y. Jarbou
United States District Court Judge

STIPULATED BY:

s/ Elizabeth K. Abdnour (w/consent)　　s/ Zachary S. Jugan
Elizabeth Kamm Abdnour (P78203)　　　Zachary S. Jugan (P80944)
Attorney for Plaintiff　　　　　　　　　　Attorney for Dennis Denno

　　　　　　　　　　　　　　　　　　**s/** C. Thomas Ludden (w/consent)
　　　　　　　　　　　　　　　　　　C. Thomas Ludden (P45481)
　　　　　　　　　　　　　　　　　　Attorney for Rema Vassar