# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 16, 2026

Ms. Elizabeth Kamm Abdnour
Abdnour Weiker
262 S. Third Street
Columbus, OH 43215

Mr. C. Thomas Ludden
Neilson Law Group
3910 Telegraph Road
Suite 200
Bloomfield Hills, MI 48302

    Re:  Case No. 25-1561
       *Jack Lipton v. Michigan State University Board of Trustees, et al*
       Originating Case No. 1:24-cv-01029

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 25-1561

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

JACK LIPTON

      Plaintiff - Appellee

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, et al.; DIANNE BYRUM;
DENNIS DENNO; DAN KELLY; RENEE JEFFERSON; SANDY PIERCE; BRIANNA T.
SCOTT; KELLY TEBAY

      Defendants

REMA VASSAR, in her individual and official capacity

      Defendant - Appellant

 

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                     **ENTERED PURSUANT TO RULE 33,**
                     **RULES OF THE SIXTH CIRCUIT**
                     Kelly L. Stephens, Clerk

Issued: January 16, 2026