## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 20, 2026

Ms. Elizabeth Kamm Abdnour
Abdnour Weiker
262 S. Third Street
Columbus, OH 43215

Ms. Kay Rivest Butler
Starr, Butler & Stoner
20700 Civic Center Drive, Suite 290
Southfield, MI 48076

Mr. Daniel Curran Waslawski
Starr, Butler & Stoner
20700 Civic Center Drive, Suite 290
Southfield, MI 48076

    Re: Case No. 25-1562
        *Jack Lipton v. Michigan State University Board of Trustees, et al*
        Originating Case No. 1:24-cv-01029

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc: Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 25-1562

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JACK LIPTON

    Plaintiff - Appellee

v.

MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES, et al.; DIANNE BYRUM; DAN KELLY; RENEE JEFFERSON; SANDY PIERCE; BRIANNA T. SCOTT; KELLY TEBAY; REMA VASSAR

    Defendants

DENNIS DENNO, in his individual and official capacity

    Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                **ENTERED PURSUANT TO RULE 33,**
                                **RULES OF THE SIXTH CIRCUIT**
                                Kelly L. Stephens, Clerk

Issued: January 20, 2026